IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEAN-TAFT KELLEY GRAY,  )
  )
  Plaintiff,  )
  )
  )
v.  )      Civil Action No. 25-320-J
  )
BLAIR COUNTY PRISON *et al.*,  )
  )
  Defendants.  )
  )

**MEMORANDUM ORDER**

This matter comes before the Court after Plaintiff Jean-Taft Kelley Gray ("Plaintiff") declined to file objections to the Report and Recommendation ("R&R") (Docket No. 8) that was entered by Magistrate Judge Keith A. Pesto on February 18, 2026.[1]  The R&R recommends that this action be dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted.  (Docket No. 8 at 1, 3).  Service of the R&R was made on Plaintiff by U.S. Mail.  (*Id.* at 3 and Docket text entry).  The R&R informed Plaintiff that objections to same were due by March 4, 2026, and by March 9, 2026, for Unregistered ECF Users.  (*Id.*).  No objections were filed by that date or thereafter.

The Federal Rules of Civil Procedure provide that a party may file specific written objections to the proposed findings and recommendations of a magistrate judge, and a district judge must conduct a *de novo* review of any part of the R&R that has been properly objected to. *See* Fed. R. Civ. P. 72(b)(2), (3); 28 U.S.C. § 636(b)(1).  Here, however, because Plaintiff did not file objections to the R&R – which explicitly stated, "In the absence of timely and specific objections, any appeal would be severely hampered or entirely defaulted" – we review the

---

[1]    On April 3, 2026, the referral of this case was reassigned to Magistrate Judge Peter E. Ormsby.

1

magistrate judge's decision for plain error.  (Docket No. 8 at 3).  *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017); *see Brightwell v. Lehman*, 637 F.3d 187, 193 (3d Cir. 2011) (citing *Nara v. Frank,* 488 F.3d 187, 194 (3d Cir. 2007)); *see also* Fed. R. Civ. P. 72(b) Advisory Committee's Note to 1983 Addition ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (citing *Campbell v. U.S. Dist. Ct. for N.D. Cal.*, 501 F.2d 196, 206 (9th Cir.), *cert. denied*, 419 U.S. 879 (1974))).

In this case, upon careful review of the R&R and the entire record, the Court, finding no plain error on the face of the record, will accept Judge Pesto's recommendation.  As such, the Court will adopt the R&R as the Opinion of the Court and will dismiss this action pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted.  In so ruling, the Court agrees with Judge Pesto that, first, Plaintiff, a *pro se* nonlawyer, would not be an adequate class representative in this purported class action lawsuit.  (Docket No. 8 at 2).  The Court further agrees that, even considering the Complaint as one filed on behalf of Plaintiff alone, it states no claim upon which relief may be granted, as it alleges only general shortcomings in prison conditions (*e.g.*, the food is bad and there is not enough of it, there are mice, they are charging too much for phone service, etc.), but no specific incidents, no dates, no allegations attributing any unconstitutional conduct to any named Defendant, nor any concrete injury (other than a $45 booking fee charged to inmates, although his claim that he has no post-deprivation remedy in this regard is both premature and speculative).  (*Id.).*  Additionally, the Court agrees that, even allowing for liberal construction of the Complaint, Plaintiff's claims should be dismissed with prejudice because allowing amendment here would be futile.  (*Id.* at 3).  Therefore, the Court agrees with

2

Judge Pesto that Plaintiff's Complaint should be dismissed without leave to amend for failure to state a claim.  (*Id.*).

Accordingly, in view of the foregoing, the Court enters the following Order:

AND NOW, this 25th day of June, 2026,

IT IS HEREBY ORDERED that the Report and Recommendation ("R&R") (Docket No. 8) is ADOPTED as the Opinion of the Court.

IT IS FURTHER ORDERED that the present action is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted.

The Clerk of Court shall mark this case CLOSED.

*/s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:   The Honorable Peter E. Ormsby
          Jean-Taft Kelley Gray (via U.S. Mail)